

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:14-cr-00087-01 |
|---|---|---|
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 2422(b) |
| | * | |
| | * | DISTRICT JUDGE Hicks |
| SACH KEVIN VU | * | MAGISTRATE JUDGE HORNSBY |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2422(b)
### ATTEMPTING TO ENTICE A MINOR TO ENGAGE
### IN CRIMINAL SEXUAL ACTIVITY

Beginning on or about the 7th day of February, 2014, and continuing until on or about the 20th day of February, 2014, in the Western District of Louisiana and elsewhere, the defendant, SACH KEVIN VU, using a facility in interstate commerce, did knowingly attempt to persuade, induce, entice, or coerce a minor to engage in sexual activity for which a person could be charged with a criminal offense, in violation of Title 18 United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

A TRUE BILL:

*REDACTED*

FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

_____
Seth D. Reeg, AL Bar No. ASB-3634-E63R
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068
Telephone: (318) 676-3600