**MINUTE ENTRY**

**February 3, 2015**

**JUDGE S. MAURICE HICKS, JR.**

**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00087-01 |
| VERSUS | JUDGE HICKS |
| SACH KEVIN VU | MAGISTRATE JUDGE HORNSBY |

*************************************

Sentencing in this matter previously scheduled for February 9, 2015 at 11:00 a.m. has been **RESET for March 25, 2015 at 2:00 p.m.**